UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION,

        Petitioner,

v.

ST. JOHN HOSPITAL & MEDICAL CENTER,

        Respondent.
_____/

CASE NUMBER: 12-50225

HONORABLE VICTORIA A. ROBERTS

MAGISTRATE JUDGE LAURIE J. MICHAELSON

**ORDER ACCEPTING REPORT AND RECOMMENDATION THAT PLAINTIFF'S APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA BE GRANTED**

**I.  INTRODUCTION**

Before the Court is the Equal Employment Opportunity Commission's (the "EEOC") Application to Enforce Administrative Subpoena. On April 13, 2012, the Court referred this matter to Magistrate Judge Laurie J. Michaelson pursuant to 28 U.S.C. § 636(b)(1)(B). On June 1, 2012, the Magistrate Judge filed her Report and Recommendation granting Petitioner's Application to Enforce Administrative Subpoena. Respondent St. John Hospital and Medical Center ("St. John Hospital") filed objections, EEOC responded, and St. John Hospital replied.

This Court reviews *de novo* any part of the Magistrate Judge's Report and Recommendation on a dispositive motion that is properly objected to. 28 U.S.C. § 636(b)(1). After careful review of the entire record, the Court agrees with the Magistrate Judge's conclusions. The Magistrate Judge's thorough Report and Recommendation lays out the facts and procedural history of the case, as well as the relevant case law,

1

and grants the Petitioner's claim with a reasoned explanation for so holding.

Accordingly, the Court **ACCEPTS** Magistrate Judge Michaelson's Report and Recommendation. The EEOC's Application to Enforce Administrative Subpoena is **GRANTED**; St. John Hospital must produce the requested documents from January 1, 2010 through the present.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 7, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 7, 2012.

S/Linda Vertriest
Deputy Clerk